UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| CAREGEN CO., LTD., | Case: SA CV08-0978-DOC (ANx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| GENETIC INSTITUTE OF ANTI AGING, INC., | |
| Defendant. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

Plaintiff CAREGEN CO., LTD. shall recover from defendant GENETIC INSTITUTE OF ANTI AGING, INC. the sum of $105,000.00 (one hundred five thousand dollars).

Dated: June 11, 2009

By _____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

**JUDGMENT**  1